IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-cv-03170-JLK-KLM

BILL S. WOLFKIEL,

    Plaintiff,

v.

ADRIENNE KRUG,
NORMAN I. KRUG, and
HILDA SUGARMAN,

    Defendants.

---

STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(a)(ii)

---

The parties in this action, and all of them, stipulate to the dismissal of this action pursuant to F.R.C.P. 41(a)(1)(A)(ii) with prejudice, each party to bear his or her own costs and attorneys fees.

Dated this 14th day of August, 2012.

Respectfully submitted,

GOULART & ASSOCIATES P.C.

_____
Donald T. Goulart, Esq.
Ira J. Bornstein, Esq.
Goulart & Associates PC
4150 Darley Avenue, Suite 11
Boulder, Colorado 80305
(303) 447-3737
(303) 44702599 (Fax)
Email: don@goulartlaw.com
ira@goulartlaw.com

ATTORNEYS FOR BILL S. WOLFKIEL

2144878.1

DAVIS GRAHAM & STUBBS LLP

*s/ David A. Zisser*
David A. Zisser
Michelle M. Meyer
1550 17th Street, Suite 500
Denver, CO 80202
Tel: (303) 892-9400
Fax: (303) 893-1379
david.zisser@dgslaw.com
michelle.meyer@dgslaw.com

ATTORNEYS FOR DEFENDANTS
ADRIENNE KRUG, NORMAN I. KRUG
AND HILDA SUGARMAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41 (a)(1)(a)(ii)** was served upon the following via PACER and First Class US Mail, on this 14th day of August 2012:

DAVIS GRAHAM & STUBBS LLP
David A. Zisser
1550 17th Street, Suite 500
Denver, CO  80202
Tel:  (303) 892-9400
Fax:  (303) 893-1379
david.zisser@dgslaw.com

_____
Brittany Schlepp